```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIFEI XU,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

18-CV-1222 (RA) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at the November 25, 2019 conference, it is hereby ORDERED that:

1. Discovery having concluded on November 18, 2019 (Dkt. No. 58), the parties are reminded that unless otherwise ordered by the Court, their joint pretrial order and related submissions are due **December 18, 2019** (*i.e.*, 30 days after the close of discovery), "or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion." (*See* Dkt. No. 28 ¶ 2.) Unless the parties have consented to the jurisdiction of the assigned magistrate judge, their summary judgment and/or pre-trial submissions shall comply with the individual practices of the district judge.

2. The parties are directed to contact the chambers of the district judge regarding the scheduling of a post-discovery conference. (*See* Dkt. No. 28 ¶ 11.)

3. If and when the parties believe that a judicially-supervised settlement conference would be productive, they shall file a joint letter so informing the Court, addressed to Judge Moses, and including three proposed dates on which all parties are available for a settlement conference. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties as well as their counsel to attend in person.

Dated: New York, New York
       November 25, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**