**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

XIFEI XU,

Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT; POLICE OFFICER JOSEPH BOZZO, *in his official and individual capacity as a New York City Police Officer*; POLICE SERGEAT NICHOLAS GULOTTA, *in his official and individual capacity as a New York City Police Officer*; JOHN DOE 1, *in his official and individual capacity as a New York City Police Officer*,

Defendants.

-----------------------------------------------------------X

18 **CIVIL** 1222 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
April 30, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**